ALBANY,
January, 1819.

DELAMATER
v.
SMITH.

*Murray,* and were sold by the plaintiff below as an auctioneer. The defendant below objected, that the plaintiff could not maintain the action, and moved for a nonsuit, which the justice denied, and left the cause to the jury, who found a verdict for the plaintiff below.

### DELAMATER *against* SMITH.

Where a case, demurrer, or special verdict, is noticed for argument, and the opposite party intends to object to the argument coming on at the day, on any ground of irregularity, he must give notice of an application to the Court, for that purpose, as in *non-enumerated motions,* to strike the cause off the calendar, as the objection will not be heard when the cause is called on for argument.

*TALCOT,* for the plaintiff, moved to bring on the argument of this case, on the usual notice, and affidavit of service.

*Cady*, contra, objected to the argument being called on, on the ground that a copy of the case had not been served on the defendant's attorney, and offered to read an affidavit to that purpose.

*Talcot* objected to the reading of the affidavit, as such a practice would lead to surprise, and the Court would be hearing a non-enumerated motion on a day fixed for hearing enumerated motions.

*Per Curiam.* We shall not let the argument come on, or permit a judgment to be taken by default, in this case. But we think proper to lay down a rule, as to the practice in future, that, wherever a *case, demurrer,* or *special verdict,* shall be duly noticed for argument, the Court will not hear any suggestion or affidavit, on a day for enumerated motions, to put off the argument, when the cause is called on the calendar. But where, on the cause being noticed for argument, either party intends to object to the cause coming on to argument, he must give notice of an application to the Court for that purpose, as in non-enumerated motions, to strike the cause off the calendar of enumerated motions.